UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :

DENISE CRUMWELL,                                        :

                                  Plaintiff,                :                    24-CV-9034 (JMF)

                                   -v-                                :                          <u>ORDER</u>

SHOE SENSATION, INC.,                           :

                                  Defendant.             :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 21, Defendant's earlier motion to dismiss filed at Docket No. 13 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **May 5, 2025**. Defendant's reply, if any, is due by **May 12, 2025**.

      The Clerk of Court is directed to terminate Docket No. 13.

      SO ORDERED.

Dated: April 22, 2025
       New York, New York
                                                         JESSE M. FURMAN
                                                  United States District Judge