UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DENISE CRUMWELL, *on behalf of herself and all other* :
*persons similarly situated*, :
:
Plaintiff,  :  24-CV-9034 (JMF)
:
-v-  :  ORDER
:
SHOE SENSATION, INC., :
:
Defendant.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 22, 2025 Order, ECF No. 25, Plaintiff was required to file any opposition to the motion to dismiss by May 5, 2025.  To date, Plaintiff has not filed any opposition.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 12, 2025**.  Failure to file any opposition by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated: May 7, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge